Gregory G. Spaulding, Esq. (SB# 106606)
Brian J. Purtill, Esq. (SB# 115166)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone: (707) 524-1900 / Facsimile: (707) 524-1906
spaulding@smlaw.com; purtill@smlaw.com

Attorneys for Defendant
BJES ENTERPRISES, INC., a California Corporation,
sued herein as BJES ENTERPRISES, INC,
dba VALERO SERVICE STATION R7099,
aka CODDINGTOWN VALERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK,<br><br>            Plaintiff,<br><br>      vs.<br><br>BJES ENTERPRISES, INC., a California Corporation, dba VALERO SERVICE STATION R7099, aka CODDINGTOWN VALERO, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  C-10-04796 CW<br><br>STIPULATION AND ORDER FOR NEW SCHEDULE FOLLOWING REASSIGNMENT |

This matter having been reassigned from Magistrate Judge Elizabeth D. LaPorte to the Oakland division, the Honorable Claudia Wilken, for all further proceedings, the parties, by and through their attorneys, hereby stipulate to the following new schedule, and request that it be entered as an Order governing the matters addressed:

CASE SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| 10/22/2010 | Complaint filed | |
| 12/21/2010 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | General Order 56: Civil Local Rule 7-11 |

| | | |
|---|---|---|
| 7 days before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosures re: construction or alteration history of subject premises | FRCivP 26(a): General Order 56 ¶2; |
| 3/4/2011 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | General Order 56 ¶3,4; |
| 10 business days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order 56 ¶4; |
| 45 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | General Order 56 ¶6; |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | General Order 56 ¶7; Civil Local Rule 7-11 |

DATED:  2/1/11

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
BJES ENTERPRISES, INC., a California Corporation, sued herein as BJES ENTERPRISES, INC, dba VALERO SERVICE STATION R7099, aka CODDINGTOWN VALERO

By:  /s/
Gregory G. Spaulding

DATED:  1/28/11

SINGLETON LAW GROUP
Attorneys for Plaintiff
JOSHUA LAMARK

By:  /s/
Jason K. Singleton

IT IS SO ORDERED

Date: 2/3/2011

Hon. Claudia Wilken

2