**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JOSHUA LAMARK**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA LAMARK,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**BJES ENTERPRISES, INC., a California corporation, dba VALERO SERVICE STATION R7099, aka CODDINGTOWN VALERO, and DOES ONE to FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. C10-4796 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

   Plaintiff JOSHUA LAMARK and Defendant BJES ENTERPRISES, INC., (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: March 14, 2011         /s/ Jason K. Singleton
                              Jason K. Singleton, Attorney for
                              Plaintiff, **JOSHUA LAMARK**

**SPAULDING McCULLOUGH & TANSIL LLP**

Dated: February 23, 2011      /s/ Gregory G. Spaulding
                              Gregory G. Spaulding, Attorneys for Defendant
                              **BJES ENTERPRISES, INC.**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LaMARK vs. BJES ENTERPRISES, INC., et al.</u>, Case Number C-10-4796 CW, is dismissed with prejudice with each party to bear his or her own attorney fees and costs.

Dated: 3/14/2011              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE